UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 21-cr- 2896-GPC |
| v. | ) | |
| ALEJANDRO SILVA-CERVANTES, | ) | ORDER GRANTING JOINT MOTION TO CONTINUE |
| | ) | [ECF NO. 47] |
| Defendant. | ) | |

The United States of America and defendant ALEJANDRO SILVA-CERVANTES jointly move to continue the sentencing hearing set for June 30, 2023, at 8:30 a.m.

For the reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the sentencing hearing.

IT IS ORDERED that the joint motion is granted. The sentencing hearing shall be continued to August 14, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: June 27, 2023

Hon. Gonzalo P. Curiel
United States District Judge